TANYA LEVINSON MOORE, Bar No. 206683
Moore Law Firm, P.C.
E-mail: tanya@moorelawfirm.com
332 N. Second Street
San Jose, CA 95112
Telephone: 408-271-6600
Facsimile: 408-298-6046
Attorneys for Plaintiff
NATIVIDAD GUTIERREZ

DANIEL J. CRAVENS, Bar No. 207859
RYAN L. EDDINGS, Bar No. 256519
LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, California 93704.2225
Telephone: 559.244.7500
Facsimile: 559.244.7525

Attorneys for Defendant
AUTOZONE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NATIVIDAD GUTIERREZ,

Plaintiff,

v.

AUTOZONE, INC. dba AUTOZONE #3306,

Defendant.

Case No. 1:10-CV-01902-AWI-DLB

**JOINT STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND FILING OF JOINT SCHEDULING REPORT**

Magistrate Judge: Dennis L. Beck
Courtroom: 9
Complaint Filed: October 11, 2010

**STIPULATION**

**WHEREAS,** on October 11, 2010, Plaintiff Natividad Gutierrez filed a Complaint against Defendant Autozone, Inc..

**WHEREAS,** on October 13, 2010, the Court issued an Order Setting the Mandatory Scheduling Conference.

**WHEREAS,** no trial date has yet been assigned;

**WHEREAS,** the Court's Order Setting Scheduling Conference provided as follows:

LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

(NO. 1:10-CV-01902-AWI-DLB)

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND FILING OF JOINT SCHEDULING REPORT

1. The Scheduling Conference is set for January 13, 2011;

2. The Parties shall meet and confer to develop a Joint Scheduling Report, discovery plan and to discuss possible settlement at least twenty (20) days before the Scheduling Conference;

3. The Parties shall file a Joint Scheduling Report not later than seven (7) days prior to the Mandatory Scheduling Conference;

**WHEREAS,** the Parties have made substantial progress toward settling this matter and anticipate a final resolution of the dispute within the next four weeks;

**WHEREAS,** the Parties jointly request that the above-stated dates be continued so that the Parties can focus their efforts and resources on settlement of the instant dispute.

**THEREFORE,** subject to the approval of this Court, it is hereby stipulated and agreed, by and between the Parties hereto, through their respective counsel, that:

1. The Scheduling Conference shall be continued to a date convenient for this Court after February 14, 2011;

2. The Parties shall meet and confer and develop a Joint Scheduling Report, discovery plan and to discuss possible settlement at least twenty (20) days before the Scheduling Conference; and

3. The Parties shall file a Joint Scheduling Report not later than seven (7) days before the rescheduled Scheduling Conference.

**IT IS SO STIPULATED**

Dated: January 4, 2010

/s/ Tanya L. Moore
TANYA LEVINSON MOORE,
Moore Law Firm, P.C.
Attorneys for Plaintiff
NATIVIDAD GUTIERREZ

Dated: January 4, 2010

/s/ Daniel J. Cravens
DANIEL J. CRAVENS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AUTOZONE, INC.

(NO. 1:10-CV-01902-AWI-DLB)    2.    JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND FILING OF JOINT SCHEDULING REPORT

**PURSUANT TO STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN:**

1. The Mandatory Scheduling Conference and associated dates, as set in the Court's October 13, 2010 Order Setting Mandatory Scheduling Conference, are vacated.

2. The Scheduling Conference shall be continued to February 28, 2011 in this Department at 9:00 a.m.

3. The Parties shall meet and confer and develop a Joint Scheduling Report, discovery plan and to discuss possible settlement at least twenty (20) days before the Scheduling Conference.

4. The Parties shall file a Joint Scheduling Report not later than seven (7) days before the rescheduled Scheduling Conference.

IT IS SO ORDERED.

Dated: **January 5, 2011**

/s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE