UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATIVIDAD GUTIERREZ, | ) | **NEW CASE NO. 1:10-CV-01902 DLB** |
| | ) | |
| | ) | ORDER ASSIGNING CASE |
| Plaintiff | ) | RE PRESIDING JUDGE |
| | ) | |
| vs | ) | Old Case No. 1:10-CV-01902 AWI-DLB |
| | ) | |
| | ) | |
| AUTOZONE INC | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

    IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge DENNIS L. BECK as Presiding Judge of the above entitled action.   The parties have filed a Consent to Proceed before the assigned  Magistrate Judge to conduct all further proceedings in this case, including trial and entry of final judgment.  ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS: 1:10-CV-01902 DLB

IT IS SO ORDERED.

Dated:   March 3, 2011

                                                    CHIEF UNITED STATES DISTRICT JUDGE