1    Tanya E. Moore, SBN 206683
     MOORE LAW FIRM, P.C.
2    332 North Second Street
     San Jose, California  95112
3    Telephone (408) 298-2000
     Facsimile (408) 298-6046
4

5    Attorneys for Plaintiff
     Natividad Gutierrez
6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11   NATIVIDAD GUTIERREZ,                  )   No.  1:10-CV-01902-DLB
                                           )
12            Plaintiff,                   )   **STIPULATION FOR DISMISSAL OF**
                                           )   **ACTION; ORDER**
13        vs.                              )
                                           )
14   AUTOZONE, INC., dba AUTOZONE #3306,   )
                                           )
15            Defendant.                   )
                                           )
16                                         )
                                           )
17   _____      )

18        IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and

19   Defendant Autozone, Inc., dba Autozone #3306, the parties to this action, by and through their

20   respective counsel, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-

21   captioned action be dismissed with prejudice in its entirety.

22

23   Date: April 11, 2011                      MOORE LAW FIRM, P.C.

24

25
                                               /s/Tanya E. Moore
26                                             Tanya E. Moore
                                               Attorney for Plaintiff Natividad Gutierrez
27

28   ///

*Gutierrez v. Autozone, Inc., dba Autozone #3306*
Stipulation for Dismissal

1 | Date: April 11, 2011                              LITTLER MENDELSON

2

3
                                        /s/   Daniel J. Cravens
4                                       Daniel J. Cravens, Attorneys for Defendant
                                        Autozone, Inc.
5

6                                       **ORDER**

7

8          The parties having so stipulated,

9          IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

10         **IT IS SO ORDERED**.

11

12   IT IS SO ORDERED.

13     Dated:   **April 11, 2011**                        /s/ Dennis L. Beck

14                                             UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Gutierrez v. Autozone, Inc., dba Autozone #3306*
Stipulation for Dismissal
                                        Page 2